UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STELLA SYSTEMS, LLC, and ZLAGODA TEKHNOLOGII,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDEANALYTICS, INC., et al.,<br><br>    Defendants.<br>_____/<br>MEDEANALYTICS, INC., et al.,<br><br>    Counterclaimants,<br><br>    v.<br><br>STELLA SYSTEMS, LLC, ZLAGODA TEKHNOLOGII, and OLESKIY STEPANOVSKIY,<br><br>    Counter-defendants.<br>_____/ | No. CV14-00880 LB<br><br>**ORDER** |

Case Management Conference set for **July 31, 2014** at **11:00 a.m.** Counsel may appear by phone. Parties to make the necessary arrangements through CourtCall. This case is referred to Magistrate Judge Jacqueline Scott Corley for a Settlement Conference.

**IT IS SO ORDERED**.

Dated: July 25, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
CV14-00880 LB