1 | CHRISTOPHER WIMMER (SBN 263275)
GREG DEMIRCHYAN (SBN 264953)
2 | EMERGENT LEGAL
25 Taylor Street
3 | San Francisco, California 94102
p: 415/894-9284
4 | f: 415/276-8929
e: cwimmer@emergentlegal.com
5 | e: greg@emergentlegal.com

6 | RANDOLPH GAW (SBN 223718)
MARK POE (SBN 223714)
7 | GAW | POE LLP
100 Pine Street, Suite 1250
8 | San Francisco, California 94111
p: 415/745-3308
9 | f: 415/737-0642
e: rgaw@gawpoe.com
10 | e: mpoe@gawpoe.com

11 | Attorneys for Plaintiffs and Counterdefendants
STELLA SYSTEMS, LLC; ZLAGODA
12 | TEKHNOLOGII; and OLEKSIY STEPANOVSKIY

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  STELLA SYSTEMS, LLC, a Ukraine corporation, and ZLAGODA TEKHNOLOGII, a Ukraine corporation, | Case No. 3:14-cv-00880-LB |
| 16 | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL;** ~~PROPOSED~~ **ORDER** |
| 17   Plaintiffs, | |
| 18  v. | Hearing Date: None<br>Hearing Time: None |
| 19  MEDEANALYTICS, INC., a Delaware corporation, | Complaint Filed: February 26, 2014<br>Trial Date: None Set<br>Judge: Hon. Laurel Beeler |
| 20   Defendant. | |
| 21  AND RELATED COUNTERCLAIMS | |



NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ~~PROPOSED~~ ORDER:
CASE NO. 3:14-cv-00880-LB

1 | TO THE COURT AND ALL ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE that Plaintiffs and Counterdefendants Stella Systems, LLC and Zlagoda Tekhnologii, and Counterdefendant Oleksiy Stepanovskiy have retained the law firms of Emergent Legal and Gaw | Poe LLP to substitute as counsel for Ad Astra Law Group, LLP in this matter.

Subject to the Court's approval, withdrawing counsel are:

David Nied (SBN 136413)
Katy M. Young (SBN 267791)
Allison M. Dibley (SBN 213104)
Keenan W. Ng (SBN 267779)
AD ASTRA LAW GROUP, LLP
582 Market Street, Suite 1903
San Francisco, CA 94104
p: 415/795-3579
f: 415/276-1976
e: dnied@astralegal.com
e: kyoung@astralegal.com
e: adibley@astralegal.com
e: kng@astralegal.com

Substituting counsel are:

Christopher Wimmer (SBN 263275)
Greg Demirchyan (SBN 264953)
EMERGENT LEGAL
25 Taylor Street
San Francisco, California 94102
p: 415/894-9284
f: 415/276-8929
e: cwimmer@emergentlegal.com
e: greg@emergentlegal.com

Randolph Gaw (SBN 223718)
Mark Poe (SBN 223714)
GAW | POE LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
p: 415/745-3308
f: 415/737-0642
e: rgaw@gawpoe.com
e: mpoe@gawpoe.com

///

///

///



1.
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; P~~ROPOSED~~ ORDER:
CASE NO. 3:14-cv-00880-LB

1  Please serve all documents in this matter on substituting counsel.  The undersigned parties
2 consent to this withdrawal and substitution.

3  Dated: July 8, 2014                         STELLA SYSTEMS, LLC

5
                                              By:      /s/ Oleksiy Stepanovskiy
6                                                       Oleksiy Stepanovskiy

7  Dated: July 8, 2014                         ZLAGODA TEKHNOLOGII

9
                                              By:      /s/ Oleksiy Stepanovskiy
10                                                      Oleksiy Stepanovskiy

11 Dated: July 8, 2014                         OLEKSIY STEPANOVSKIY

13                                                     /s/ Oleksiy Stepanovskiy
14                                                      Oleksiy Stepanovskiy

15 Dated: July 8, 2014                         AD ASTRA LAW GROUP, LLP

17                                            By:         /s/ Katy Young
18                                                         Katy Young

19 Dated: July 8, 2014                         EMERGENT LEGAL

21                                            By:      /s/ Christopher Wimmer
22                                                      Christopher Wimmer

23 Dated: July 8, 2014                         GAW | POE LLP

25                                            By:        /s/ Randolph Gaw
                                                          Randolph Gaw
26

27 ///

2.
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ~~PROPOSED~~ ORDER:
CASE NO. 3:14-cv-00880-LB

1  I am the individual efiling this document, and attest that I obtained the concurrence in the
2  filing of this document from each of the other signatories.
3  Dated: July 8, 2014

4  /s/ Christopher Wimmer
5  Christopher Wimmer

## [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and SO ORDERED.

Dated: August 14, 2014

Hon. Laurel Beeler
United States Magistrate Judge



3.
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; PROPOSED ORDER:
CASE NO. 3:14-cv-00880-LB