# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**Magistrate Judge LAUREL BEELER**

**Date:** November 4, 2014

**C 14-0880 LB**

**Stella Systems, LLC, et al.** v **Medeanalytics, Inc.**

| | |
|---|---|
| Plaintiff Attorney(s): | Randy Gaw, Mark Poe and Christopher A. Wimmer |
| Defendant Attorney(s): | Brian L. Ferrall, Steven K. Taylor, Katie Lovett and Jennifer A. Huber |

Deputy Clerk: **LASHANDA SCOTT**

Time: 48 Minutes
Reporter: **FTR: 11:44-12:32**

**PROCEEDINGS:**                                              **RULING:**

1. Defendant's Motion for Temporary Restraining Order         Matter Held
2.

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**


( XX ) ORDER TO BE PREPARED BY:    Plntf_____    Deft_____    Court XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____    for _____