```
 1  KEKER & VAN NEST LLP
    BRIAN L. FERRALL - #160847
 2  bferrall@kvn.com
    STEVEN K. TAYLOR - #204668
 3  staylor@kvn.com
    633 Battery Street
 4  San Francisco, CA 94111-1809
    Telephone:    415-391-5400
 5  Facsimile:    415-397-7188

 6  Attorneys for Defendant and Counterclaimant
    MEDEANALYTICS, INC.
 7
    CHRISTOPHER WIMMER (SBN 263275)
 8  GREG DEMIRCHYAN (SBN 264953)
    EMERGENT LEGAL
 9  25 Taylor Street
    San Francisco, CA  94102
10  Telephone:    (415) 894-9284
    Facsimile:    (415) 276-8929
11  Email: cwimmer@emergentlegal.com
    Email: greg@emergentlegal.com
12
    RANDOLPH GAW (SBN 223718)
13  MARK POE (SBN 223714)
    GAW | POE LLP
14  4 Embarcadero, Suite 1400
    San Francisco, CA  94111
15  Telephone:    (415) 745-3308
    Facsimile:    (415) 737-0642
16  Email: rgaw@gawpoe.com
    Email: mope@gawpoe.com
17
    Atttorneys for Plaintiffs and Counterdefendants
18  STELLA SYSTEMS, LLC; ZLAGODA TEKHNOLOGII;
    And OLEKSIY STEPANOVSKIY
19
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA SYSTEMS, LLC, a Ukraine corporation and ZLAGODA TEKHNOLOGII, a Ukraine corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MEDEANALYTICS, INC., a California corporation, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-00880-LB (JCS)<br><br>**JOINT STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Magistrate Judge: Hon. Laurel Beeler<br><br>Complaint Filed:   February 26, 2014<br><br>Trial Date:  December 14, 2015 |

JOINT STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE;
[~~PROPOSED~~] ORDER
Case No. 3:14-cv-00880-LB (JCS)

966562

| | |
|---|---|
| 1 | MEDEANALYTICS, INC., a Delaware corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | STELLA SYSTEMS, LLC, a Ukraine corporation, ZLAGODA TEKHNOLOGII, a Ukraine corporation and OLEKSIY STEPANOVSKIY, an individual, |
| 6 | |
| 7 | Counterdefendants. |

WHEREAS, Plaintiffs and Counter-defendants STELLA SYSTEMS, LLC, ZLAGODA TEKHNOLOGII, and OLEKSIY STEPANOVSKIY ("Stella") and Defendant and Counterclaimant MEDEANALYTICS, INC. ("Mede") have entered into a Settlement Agreement dated August 5, 2015;

WHEREAS, Stella seeks to dismiss with prejudice all claims as asserted by Stella against Mede in this action;

WHEREAS, Mede seeks to dismiss with prejudice all counterclaims as asserted by Mede against Stella in this action;

THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), the parties hereby stipulate and respectfully request that this action, including all claims and counterclaims, be dismissed in its entirety WITH PREJUDICE, with each party to bear their own costs, expenses and attorneys' fees.

Dated: August 27, 2015                KEKER & VAN NEST LLP

                                      By:  */s/ Brian L. Ferrall*
                                           BRIAN L. FERRALL
                                           STEVEN K. TAYLOR
                                           JENNIFER A. HUBER
                                           KATHERINE M. LOVETT

                                           Attorneys for Defendant and
                                           Counterclaimant
                                           MEDEANALYTICS, INC.

Dated: August 27, 2015                EMERGENT LEGAL

                                      By:  */s/ Christopher Wimmer*
                                           CHRISTOPHER WIMMER
                                           GREG DEMIRCHYAN

                                           Attorneys for Plaintiffs and
                                           Counterdefendants STELLA SYSTEMS,
                                           LLC; ZLAGODA TEKHNOLOGII; and
                                           OLEKSIY STEPANOVSKIY.

1
2  Dated: August 27, 2015                              GAW | POE LLP

3                                         By:  */s/ Mark Poe*
4                                              RANDOLPH GAW
                                                MARK POE
5
                                                Attorneys for Plaintiffs and
6                                               Counterdefendants STELLA SYSTEMS,
                                                LLC; ZLAGODA TEKHNOLOGII; and
7                                               OLEKSIY STEPANOVSKIY.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
JOINT STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE;
[PROPOSED] ORDER
Case No. 3:14-cv-00880-LB (JCS)

966562

ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this Updated Joint Case Management Statement has been obtained from the other signatories.

Dated: August 27, 2015

                                             */s/ Brian L. Ferrall*
                                             Brian L. Ferrall

Pursuant to the Joint Stipulated Dismissal of Claims and Counterclaims with Prejudice, IT IS SO ORDERED.

Dated: August 28, 2015

_____
HON. LAUREL BEELER
Magistrate Judge
United States District Court

1
JOINT STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE; [PROPOSED] ORDER
Case No. 3:14-cv-00880-LB (JCS)

966562